**UNITED STATES DISTRICT COURT**
**\* Arraignment \***

Date: 08/14/2020                  Case No.: 1:20-cr-00167-TSE-1
Court Time: 09:44 a.m. – 09:59 a.m. (00:15)

---

## UNITED STATES OF AMERICA v. DANIEL BOICE

PRESENT:        Honorable **T.S. Ellis, III**, U. S. District Judge

           COURTROOM DEPUTY:     Tanya Randall
           COURTROOM REPORTER:    Patricia Kaneshiro-Miller
           ASST. U.S. ATTORNEY:       Blake Goebel
                                                   Russell Carlberg
           COUNSEL FOR DEFT:         Todd Richman

**PROCEEDINGS:**

[ X ] Defendant is arraigned and specifically advised of rights.

[ X ] Defendant waives reading of indictment – WFA

[ X ] Defendant pled NG and demanded trial by jury

[   ] Indictment/Information read

[   ] Defendant waived Speedy Trial and Court finds Speedy Trial to be waived - - Waiver of Speedy Trial entered in open Court.

MOTIONS to be filed by **OCTOBER 30, 2020**

RESPONSES **governed by local rules** and if a hearing on oral argument is needed the Court will issue an order.

CASE CONTINUED TO **FEBRUARY 2, 2021 @ 10:00 A.M.** for **JURY TRIAL (1 week)**

[ X ] Discovery Order and Protective Order entered in open court
[ X ] Deft continued on same bond conditions:

- $500,000.00 PR Bond

- Deft to report on a regular basis to PTS as directed by PTS officer.

- Deft not travel outside the Middle District of Florida and the State of Virginia w/o prior approval of PTS or the Court.

- Deft to avoid all contact, directly or indirectly, outside the presence of counsel with the following persons: with any known victims or potential witnesses, which includes al investors in Trustify.

- Deft to refrain from possessing a firearm, destructive device, or other dangerous weapon.

- Deft to refrain from any use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances.

- Deft to submit to a psychiatric evaluation and treatment/mental health evaluation and treatment as directed by the Pretrial Services Office, with cost bome by defendant as determined by the Pretrial Services Office.

- Deft to undergo drug testing, urinalysis testing, education, and treatment as directed by the Pretrial Services Office.

- Deft to submit to any method of testing required by the Pretrial Services Office or the Supervising Officer.

- Deft to refrain from obstructing or attempting to obstruct, adulterate, dilute or tamper in any fashion, with the efficiency and accuracy of any prohibited substance testing that is required as a condition of release.

- Deft to surrender his passport to Pretrial Services and not to apply for or obtain a new or replacement passport, or any other travel document.

- Deft to refrain from soliciting money from investors for business ventures or establishing new lines of credit without permission from Pretrial Services.

- Deft to report as soon as possible to the pretrial services officer, every contact with law enforcement personnel, including arrest, questioning, or traffic stops.