FD-302a (Rev. 5-8-10)

318B-WF-3004330 Serial 115

318B-WF-3004330

Continuation of FD-302 of: (U) Interview of ▮▮▮ ▮▮▮ on October 30, 2019 and November 4, 2019 , On 10/30/2019 , Page 5 of 5

difficulty meeting payroll. B▮▮ told ▮▮▮ that BOICE would take the money as soon as it would come in, and used that money to pay his TRUSTIFY AMEX card. BOICE and ▮▮▮ charged between $50,000-70,000 on their AMEX account every month. B▮▮ told ▮▮▮ that he would not tell BOICE when investor funds came in, because B▮▮ wanted to make payroll and if BOICE was aware of the payments he would quickly raid the company's account to pay off the AMEX card. B▮▮ wanted to make sure everyone got paid.

BOICE made lots of large personal expenditures. For example, he belonged to some travel club which made use of private planes, and he and ▮▮▮▮ and their children would use it to fly around. They also purchased first class tickets to Switzerland. There were a lot of other personal expenses such as these. BOICE was the primary one between the two of them spending money. He seems to have had a shopping problem, and some of the stuff he would buy seemed like junk to ▮▮▮.

BOICE and ▮▮▮ likely had some other business they were supporting with TRUSTIFY funds. It looked like they were using the funds from TRUSTIFY to help their other business, such as buying mops and buckets and things like that in bulk.

▮▮▮ knew what was going on, because there is no way she could not know. However, ▮▮▮ was never present in budget meetings where ▮▮▮ discussed what was going on. All of these discussions went on between B▮▮, BOICE, and ▮▮▮.

GX-10
1:20-cr-167-TSE

302-00037460