FD-302a (Rev. 5-8-10)

318B-WF-3004330 Serial 82

318B-WF-3004330

Continuation of FD-302 of (U) Interview of ▊▊▊ on June 6, 2019 , On 06/06/2019 , Page 6 of 7

verifies revenue as real but has less of a footprint than a full audit. BOICE said he was too busy to do it but was working with a firm and that it was coming. The quality of earnings report never came.

In early December, ▊▊▊ had a conversation with an investor he knows reasonably well. They talked through the full fact pattern of TRUSTIFY and concluded that there was just too much smoke present to make an investment. ▊▊▊ agreed with her assessment, concluding she was spot-on and then telling his team to stand down. He told BOICE the results of the conversation and told BOICE he needed to get an audit, go to existing investors to get funded temporarily, and sue the blogger for libel and prove that he was full of shit. Short of that, there was no way they could move forward. ▊▊▊ told him to take his burn rate down, take less risk, and maybe get some debt to get through the audit. BOICE said he understood, and MOON expected BOICE would take the steps that he discussed with him.

▊▊▊ decided they would tell anyone who asked that they took TRUSTIFY off the market and that if anything changed ▊▊▊ would let them know.

By early 2019, the house of cards began to fall for TRUSTIFY.

TRUSTIFY never paid the invoices ▊▊▊ sent for the advisory services ▊▊▊ provided.

▊▊▊ was very much involved in both business development at TRUSTIFY and investing/organizing investment in TRUSTIFY. Dealing with her felt like dealing with a board member.

BOICE and ▊▊▊ gave ▊▊▊ a cap table that summarized their ownership in TRUSTIFY. He does not recall BOICE or ▊▊▊ discussing their compensation level.

▊▊▊ is baffled because he went through financials with BOICE many times and so did his team. If BOICE was lying to them, he must be the best liar ▊▊▊ has ever met in his life. ▊▊▊ and his team got into the weeds with BOICE on TRUSTIFY's financials, grilling him on every financial document he provided to them, and he had plausible answers for everything.

Neither BOICE nor ▊▊▊ ever mentioned anything to ▊▊▊ about TRUSTIFY owing loans to BOICE and ▊▊▊. ▊▊▊ would have definitely recalled this

GX-11
1:20-cr-167-TSE