Joanne Boice

Alexandria, VA 22308

703-

February 28, 2021

The Honorable T.S. Ellis, III
United States District Judge
401 Courthouse Square
Alexandria, VA 22314

Regarding: U.S. v. Boice

Dear Judge Ellis:

I am writing to you on behalf of my ex-husband, Danny Boice. I have known Danny for 18 years, 10 of them in marriage, and we have two children together. Our son ▇ is 13 years old and our daughter ▇ is 10. Anyone who knows us would tell you that I am the last person they would expect to write this letter. And two years ago, at the height of his darkest times, that would have been true.

Danny was always an ambitious go-getter and a dreamer. It was a big part of what attracted me to him. He worked extremely hard to achieve success, build his professional resume and most importantly, to provide for his family. We had a good home, put the children in excellent schools and were both very actively involved and engaged in our community. During our marriage, Danny was involved in a successful tech startup that was eventually sold. I believe this fueled his thirst for success and inflated his ego to his detriment and was the turning point where he lost his way.

We divorced in 2015 and Danny soon became a person I no longer recognized. He became consumed with success, or at least the appearance of it. He was driven to an unhealthy level and it was evident that all of his decision making – personal and professional – was oriented towards his unbridled ambition. Predictably, it all came crashing down around him and rock bottom seemed to be when he spent a few weeks in jail for non-payment of child support.

Upon his release from jail in June of 2019, I accepted his apology and commitment to "be better" with a giant dose of skepticism. But to his credit, he has. He has worked diligently to find and maintain gainful employment. He has made every effort to pay as much child support as he can and has proactively and sincerely communicated when he could not. He has demonstrated consistent remorse for his actions and how he treated me and the children in the process. Perhaps most significantly, he has reunited with his estranged mother who he had not spoken to since our divorce. This has been a tremendous benefit to our children.

Perhaps the most poignant example of Danny's redemption was during a recent weekend visit with our children. Before this, Danny was infallible and incapable of accepting blame or responsibility for literally anything. But when it was time for the children to know that their Dad was likely going to prison, he wanted to be the one to tell them. He traveled from Florida to Virginia to have that conversation with them in person. To them, he accepted full responsibility, told them he made a lot of mistakes and broke the law. And that just like when they are wrong and get timeout or grounded, the same consequences

applied to him too. It's one thing to say these words to another adult but saying them to a precocious ten-year-old girl who idolizes you is a real test of conviction.

It breaks my heart to envision the pain and fallout that ▮ and ▮ will bear in the years ahead. In many ways, it would be easier if I still hated Danny. But seeing him demonstrate the qualities and behavior that I once knew and admired and what that has meant to our children and extended family over these last two years makes it even more difficult.

I believe the choices Danny made with Trustify were an aberration during a period when he utterly lost his way. As someone who has known him perhaps more closely than anyone before, during and after he committed these crimes, I genuinely believe Danny is a different person before and since.

Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on an appropriate sentence.

Sincerely,

*Joanne Boice*

Joanne Boice

The Honorable T.S. Ellis, III
United States District Judge
401 Courthouse Square
Alexandria, VA 22314
February 22, 2021

Dear Judge Ellis:

I am writing to you on behalf of my son, Daniel Boice. In addition to being his mother, I am a retired public school educator who worked as a high school mathematics teacher, school administrator and district administrator during my 36 year career.

The actions that bring Danny before you for sentencing break my heart. Our relationship in the years 2014 – 2018 was rocky; perhaps we share a stubborn streak that contributed to that. But I have never stopped loving him or praying for him. In the last eighteen months, we have overcome that separation. He maintains contact with me by text and email, as I live in Connecticut and have not traveled to Florida during the pandemic. He joined a church and has a connection with the Lord, which I believe is critical to getting back on track. He also has a close and loving bond with his children. ███ (13) and ███ (10) have told me that they love their Dad and treasure their time with him.

Danny's knowledge of technology, including coding, is extensive and he is largely self-taught. After completing two years of undergraduate work, he took tech positions and developed the basis of what he knows today. He has used those talents to support himself and his children after moving to Florida.

When Danny was 13 years old, he was diagnosed with chronic Idiopathic Thrombocytopenic Purpura (ITP). This is a rare disease that causes the immune system to attack platelets in the blood. He endured hospital admissions every three weeks for IV's with steroids or intravenous immunoglobulin. After six months, when this was not successful, his spleen was removed. The disease returned several times after that, as late as 2011. In spite of all this, he successfully completed high school and two years of college, married Joanne, had two beautiful children and used his tech skills to support himself and his family. He overcame this medical setback and lived his life fully. I am confident in his ability to correct his past egregious errors, get back on his feet, become a contributing member of society and continue as a great Dad to his children.

Sincerely,

*Margaret M Boice*

Margaret M Boice Ed.D.

██████████<br>
Manassas, VA 20110

February 23, 2021

The Honorable T. S. Ellis, III
United States District Judge
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Ellis:

    Allow me to introduce myself. My name is Lawrence R. Boice. I am the father of Daniel K. Boice. I am a retired Army officer, having served in uniform from 1966-1993. I retired as an Infantry Lieutenant Colonel. My 50th reunion as a West Point graduate, USMA class of 1971, is scheduled for this year. I also retired from a second career teaching both high school and community college. Currently I spend my time on volunteer work as a Saint Vincent de Paul Society (SVdP) caseworker for my Catholic parish and community here in Manassas, Virginia.

    During my career, I spend tours of duty overseas and other unaccompanied tours. There was a period, between 1984 and 1991, when Danny spent four years out of seven without benefit of my daily presence in the household. Looking back, that contributed to the eventual failure of my marriage as well as posing some extra challenges to Danny's family stability.

    In the Army, we often described the need for combat units to be trained in such a manner that they could demonstrate two important characteristics. They had to be both "robust" and "resilient." I see those characteristics clearly demonstrated in my son Danny. He is robust, in that he withstands some of the heavy setbacks in life, both career and family-wise. He is resilient in that he has an uncanny knack for bouncing back from setbacks. He demonstrates flexibility, in that he adjusts to new circumstances, and he bounces back without losing his ambition, enthusiasm and optimism. But a man can only be expected to do that so many times...

    In 2017, Danny wrote me a letter, which I refer to now as "The Return of the Prodigal Son" letter. Later, he sent me a copy of Rembrandt's artwork, with that same title, to hang on my wall. Since 2017, Danny and I have had a great relationship, after he did not speak to me from about 2008-2017, over a falling out over mostly family matters. I was delighted, in 2017, to have him back in my life, and I have established wonderful connections with all three of his children, my grandchildren.

United States v. Boice<br>Exhibit 1 at004

An event from his childhood is important to mention, I think, as it demonstrates his strength of character in meeting and overcoming a serious challenge in life. It also gives insight into how his current career in computer entrepreneurial and contract work first came about. At the age of 15, Danny was diagnosed with ITP, a blood disorder, involving malfunctioning platelets. He was scheduled periodically for overnight stays in the hospital to receive transfusion/infusion treatments to add platelets. At the time he was a remarkable high school athlete, as well as an impressive student. Because the doctors were concerned about the easy bruising and the effect of any powerful athletics-related blow to his body that might result in bleeding or severe bruising, he was required to discontinue playing football and eventually to discontinue playing baseball. Since he was a pitcher on the championship team at DeMatha High School, that was a cruel requirement to have to absorb. Never would I have guessed that my energetic, athletic son would become a computer whiz. Sitting at a desk staring at a screen all day was about the last thing I would have predicted for my hyper-active son Danny! But, as I look back now, it was just the beginning of the robustness and resilience that he would be called upon to demonstrate, again and again, in life.

Some concrete examples of Danny's character: He has shown total loyalty to his children. Now that he is living in Florida, in spite of all of the COVID concerns, he visits his children as frequently as possible. On most of his trips, he spends time in my home with the grandkids, which involves a lot of logistics and coordination. I drive to and from Alexandria to pick up and drop off the four of them, Danny coordinates with his two ex-wives, and with me, to arrange the details. Those are deeply meaningful visits for all of us.

On some of those trips he has brought clothing to donate to one of my Saint Vincent de Paul (SVdP) clients, at my request. Because of Danny's concern for others, my client, Lee, has clothing for the winter. Danny has continued to be very generous to, and considerate of, Lee.

Danny has bounced back from adversity, and he has established an impressive list of contracts for computer services from his rental unit in Florida. He has established good working relationships with clients, and his contracts continue to become more lucrative. He has built up an impressive client base through quality delivery of products and sheer persistence and hard, long hours of work. But, all of that can end at any time, of course. (The stress of dealing with this pending court case must be enormous!) He has been very diligent at paying back a loan from me and keeping up with other expenses, including child support to two ex-wives.

Danny has learned much from his mistakes. When we are together, or by text messages, we discuss, mostly in religious terms, what happened at various points in our lives, and why. I do not know the details of Danny's court case pending before you. However, one important lesson that Danny has learned is that money is not the key to joy and fulfillment in life. Relationships and loyalty to our Creator are far, far more important. I believe that he fully understands that by now.

Thank you for your consideration of my perspective on this legal matter before your court, awaiting a sentencing hearing.

Lawrence R. Boice
Lieutenant Colonel, Retired

Jean G. Scheff

Fernandina Beach FL 32034

904-

The Honorable T.S. Ellis, III
United States District Judge
401 Courthouse Square
Alexandria, VA 22314

February 24, 2021

Dear Judge Ellis:

My name is Jean Scheff. I am a worship leader at Memorial UMC in Fernandina Beach FL and Vice-president of Crowns of Creation Ministries 501c3

I have known Danny Boice for over 30 years. Danny went to school with my daughter and was in her friendship circle in Northern Virginia. Danny was a rising star from a young age. His ability and maturity exceeded those of most of his peers. He was purposed and responsible in his youth and into adulthood. Through the years we have maintained contact with Danny and followed his journey into being a family man and a professional.

Our family relocated to Fernandina Beach, Florida several years ago. Danny relocated to Fernandina Beach last year before his arrest in 2020. Over the last year Danny has spent a lot of time at our home and we have visited him at his nearby rental. Danny and I have had long talks about his life.

Danny has a strong faith in God and is humbled, embarrassed, and has expressed intense remorse for his actions in his business dealings. I have not once heard Danny try to make excuses for his part in the events that bring him in front of the court. He takes ownership of his choices and has profound regret for decisions he made. Danny is a gentle encourager with my children and grandchildren. He is an excellent and patient person who is always willing to help his neighbors. Danny is the same respectful, responsible, enjoyable person that he has always been and still has so much positive to offer to his family, his friends, and society.

Your Honor, I hope that you can take this letter into consideration when you are sentencing Danny Boice. Despite his current case, I know Danny is a good and honorable person and is eager to stand up and be a valuable member of society, a good father, a hard worker, and have an opportunity to show who he really is and not be defined by his mistakes.

Sincerely,

*Jean Scheff*

Jean G. Scheff
V.P. Crowns of Creation Ministries