# SENTENCING MINUTES

| | |
|---|---|
| Date: 03/26/2021 | Judge: **T.S. ELLIS III** |
| | Reporter: P. Kaneshiro-Miller |
| | Time: 11:31 a.m. – 12:52 p.m. ( 01:21 ) |
| | Case Number: 1:20-cr-00167-TSE-1 |

UNITED STATES OF AMERICA     Counsel/Govt: Russell Carlberg, Mark Cipolletti

v.

**DANIEL BOICE**     Counsel/Deft: Todd Richman

- Defense objects to the 2-level enhancement for sophisticated means -Overruled and argues for a sentence of 60 months incarceration and designation to FPC Pensacola, FL or FCI Morgantown, WV to be near his children and family.
- Gov't argues for a sentence of 97 months incarceration.

Court adopts PSI ( X )          without exceptions ( X )          with exceptions:

**SENTENCING GUIDELINES:**
Offense Level: 30
Criminal History: I
Imprisonment Range: 97 to 121 months
Supervised Release Range: 1 to 3 years on each of Cts. 1 & 6
Fine Range: $30,000 to $36,263,484.42
Restitution $18,527,086.25
Special Assessment $200 ($100 on each count)

**JUDGMENT OF THE COURT:**
- BOP for 97 months on each of Cts. 1 and 6 (concurrent)
- Supervised Release for 3 Years, with special conditions on each of Cts. 1 and 6 (concurrent): and as an added condition, defendant to refrain from soliciting money from investors for business ventures or establishing new lines of credit without permission from the PO; shall not engage in the offer, sale or brokering of any form of security or investment contract without the prior approval of the PO.
- Restitution of $18,131,742.21 due immediately/ monthly installments of $100 or 25% of net income to begin w/in 60 days of release from custody, with the individuals being paid first and then the companies.
- Special Assessment $200 ($100 on each count)
- Defendant advised of his right to appeal his sentence w/n 10 days.

**RECOMMENDATIONS to BOP:**
| | |
|---|---|
| X | Dft. To be designated to: a facility in FPC Pensacola, FL or FCI Morgantown, WV to be near his children and family. |
| ___ | Dft. designated to facility to participate in ICC (Boot Camp) type program |
| ___ | Dft. to participate in the Residential Drug Abuse Treatment Program (RDAP) |
| ___ | Other: ___ |

Deft: ( ) Remanded     ( X ) Cont'd on Bond to Self-Surrender no later than June 1, 2021.     ( ) Referred to USPO