IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:20-CR-167-TSE |
| | ) |
| DANIEL BOICE, | ) |
| | ) |
| Defendant. | ) |

FILED IN OPEN COURT
MAR 26 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

ORDER

Upon motion of the United States of America, in view of the defendant's guilty pleas to Counts 1 and 4 of the Indictment, his adjudication of guilt, and this Court's sentence imposed in the case, it is now hereby: ORDERED that counts 2, 3, 4, 5, 7 and 8 of the Indictment in the above-captioned case are HEREBY DISMISSED as to the defendant, DANIEL BOICE.

_____
Hon. T.S. Ellis, III
Senior United States District Judge

Date: March 26, 2021
Alexandria, Virginia