# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:20-cr-167 |
| ) | |
| DANIEL BOISE, ) | |
| Defendant ) | |

## ORDER

At the conclusion of the sentencing hearing in this matter, the Court requested that the government advise the Court within twenty days of the measures the United States Attorney's Office was taking to publicize the sentences in this and similar matters. The purpose of the request was to ensure that the sentence would inform the public and thereby potentially support general deterrence and promote respect for the law. The Court has now been advised of the steps being taken by the United States Attorney's Office, and that fully satisfies the Court's request.

Accordingly,

It is hereby **ORDERED** that the Court's request that the United States Attorney's Office advise the Court of the measures being taken to publicize the sentences in this and similar matters is satisfied.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
March 29, 2021

/s/
_____
T. S. Ellis, III
United States District Judge