IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL BOICE,<br><br>Defendant. | Case No. 1:20-cr-167-MSN |

## SEALING ORDER

This matter having come before the Court on the Government's Motion to Seal the Defendant's Medical and Prison Records in Support of Government's Opposition to Defendant's Motion for Early Release pursuant to Local Criminal Rule 49(C) and for good cause shown, the Court finds:

1. The government seeks to have the unredacted medical records of Daniel Boice ("BOICE") sealed; and

2. Sealing is necessary because disclosure of unredacted medical and prison records would disclose confidential medical and detailed personal information of BOICE.

NOW THEREFORE,

IT IS ORDERED that the Government's Motion to Seal the Defendant's Medical and Prison Records in Support of Government's Opposition to Defendant's Motion for Early Release is GRANTED.

                                                            /s/
                                      Michael S. Nachmanoff
                                      United States District Judge

Honorable Michael S. Nachmanoff
United States District Judge

Date: October 30, 2024