Please use this document in place of the incorrect version that is dated December 10, 2024.

Respectfully submitted,

**Daniel Keith Boice**

**December 11, 2024**

