Daniel Boice
73715-018
FCI Butner Low
P.O. Box 999
Butner N.C. 27509

RECEIVED
MAILROOM
DEC 1 2 2024
CLERK U.S. DISTRICT COURT
ALEXANDRIA VA

cr7

Hon. Michael S. Nachmanoff
c/o Clerk of the Court
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria VA 22314-5718